Decided February 10, 2000

JOHN J. PITCHELL *v.* JOHN R. WILLIAMS ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 55 Conn. App. 571 (AC 18169), is denied.

BORDEN, PALMER and SULLIVAN, Js., did not participate in the consideration or decision of this petition.

*Jane E. Stoddard* and *Anthony Nuzzo, Jr.,* in support of the petition.

*John C. Lewis III*, in opposition.

Decided February 10, 2000